United States Bankruptcy Court
Eastern District of Louisiana

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 06/23/2022 at 08:10 AM and filed on 06/22/2022.

**Ratrell Hill**
830 tupelo
New Orleans, LA 70117



The bankruptcy trustee is:

**S. J. Beaulieu, Jr.**
433 Metairie Road
Suite 307
Metairie, LA 70005
(504) 831-1313

The case was assigned case number 22-10683 to Judge Meredith S. Grabill.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.laeb.uscourts.gov/cgi-bin/login.pl or at the Clerk's Office, Eastern District of Louisiana, Hale Boggs Federal Building, 500 Poydras Street, Suite B-601, New Orleans, LA 70130.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Denise Fredricks**
**Clerk, U.S. Bankruptcy Court**