UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:                                                                                              **Bankruptcy Case No.:** 22–10683
Ratrell Hill                                                                                **Chapter** 13
**Debtor**

# NOTICE OF DEFICIENCY

**To:** SJ Beaulieu, Jr

Your **Notice of Hearing** is/are deficient for the following reason(s):

    Notice of Hearing contains an incorrect date.

---

Related document(s):

*8* – Chapter 13 Trustee's Motion to Dismiss Case Failure to Attend 341 Meeting, Failure to File Chapter 13 Plan and Failure to Make Plan Payments with Notice of Hearing and Certificate of Service . Hearing scheduled for 8/14/2022 at 09:00 AM by SECTION A TeleConference Line: 1–888–684–8852 Access Code 9318283. (Beaulieu (2))

---

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, August 5, 2022.                                                                Kevin Lew
                                                                                                                                                                                     Deputy Clerk