# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10683 |
| RATRELL HILL, | § § | CHAPTER 13 |
| DEBTOR. | § § § | SECTION A |

## ORDER CANCELLING CONFIRMATION HEARING

Considering the hearing on the Confirmation of the Debtor's Chapter 13 Plan scheduled to come before the Court on September 14, 2022 at 11:00 a.m.;

The debtor having failed file a Chapter 13 Plan, and to attend the 341(a) Meeting of Creditors on August 2, 2022;

**IT IS ORDERED** *sua sponte* that the hearing on the Confirmation of the Debtor's Chapter 13 Plan scheduled for September 14, 2022 at 11:00 a.m. is CANCELLED.

New Orleans, Louisiana, September 13, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE